UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE GONZALEZ CASTANEDA,

                Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

CASE NO. C14-1427-MJP

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Respondent's motion to dismiss (Dkt. 9) is GRANTED;

3. Petitioner's habeas petition (Dkt. 1) is DENIED and this action is DISMISSED with prejudice; and

4. The Clerk shall send copies of this Order to the parties and to Judge Theiler.

DATED this 5th day of January, 2015.

                                              Marsha J. Pechman
                                              United States District Judge